# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 17, 2022

## NO. 03-21-00362-CR

### Ex parte Mohammad Mahmood

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the trial court's judgment denying the application for writ of habeas corpus. Ex parte Mohammad Mahmood has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Ex parte Mohammad Mahmood to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.